UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLARITY SERVICES, INC.,

      Plaintiff,

v.                                                            CASE NO.:  8:08-CV-02278-T-23TBM

DEAN BARNEY,

      Defendant.

_____/

**SECOND AMENDED**
**UNOPPOSED MOTION FOR SUBSTITUTION OF COUNSEL**

The law firm of Davis & Harmon, P.A., pursuant to Local Rule 2.03(b), files this

second amended unopposed motion requesting that attorney Cody Fowler Davis of Davis

& Harmon, P.A. be substituted as counsel for Clarity Services, Inc., and that attorney

Richard Salazar and Fowler, White Boggs, P.A. be relieved of all further responsibility as

counsel in the above-styled case and states:

1.      Plaintiff requests that attorney Cody Fowler Davis of Davis & Harmon,

P.A. be substituted as counsel for Clarity Services, Inc., and that attorney Richard Salazar

and Fowler, White Boggs, P.A. be relieved of all further responsibility as counsel in the

above-styled case.

2.      On March 25, 2009, pursuant to Local Rule 3.01(g), counsel for Plaintiff

conferred with counsel for Defendant, Ryan Barack regarding the filing of this Motion.

Counsel for Defendant stated that he has no objection to the substitution of attorneys in

this matter.

3.      Pursuant to Local Rule 2.03(b), the party affected by this substitution and

opposing counsel have been given ten (10) days notice regarding the substitution

requested herein.

4.      This motion is made in good faith and the Defendant will not be prejudiced by the substitution.

5.      All pleadings, orders, and other papers in this action should be served on Cody Fowler Davis, Esquire and Christopher T. Abrunzo, Esquire, at Davis & Harmon, P.A.

WHEREFORE, Plaintiff respectfully requests that this Court enter an order substituting Cody Fowler Davis of Davis & Harmon, P.A. as counsel for Clarity Services, Inc., and relieving attorney Richard Salazar and Fowler, White Boggs, P.A. of all further responsibility as counsel in the above-styled case.

FOWLER WHITE BOGGS, P.A.                   DAVIS & HARMON, P.A.

By:   s/Richard G. Salazar_____        By:   s/Cody Fowler Davis_____
Richard G. Salazar                        Cody Fowler Davis
Florida Bar Number:  0899615              Florida Bar Number: 437700
Fowler White Boggs, P.A.                  Christopher T. Abrunzo
501 E. Kennedy Blvd., Suite 1700          Florida Bar Number:  0014909
Tampa, Florida 33602                      Davis & Harmon, P.A.
(813)  228-7411 -- Telephone              110 North 11th Street, 2nd Floor
(813)  229-8313 -- Facsimile              Tampa, Florida  33602
E-mail:  : rsalazar@fowlerwhite.com       (813)  222-3600 - Telephone
                                          (813)  222-3616 -  Facsimile
                                          E-mail:  cfd@davis-harmon.com
                                          E-mail:  ca@davis-harmon.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 27, 2009, I electronically filed the foregoing Second Amended Unopposed Motion for Substitution of Counsel with the Clerk of the Court, Middle District of Florida, by using the CM/ECF system which will send a notice of electronic filing to the following:  Ryan D. Barack, Esquire, Kwall, Showers &

2

Barack, P.A., e-mail: rbarack@ksblaw.com and to Richard G. Salazar, Fowler White

Boggs, P.A., e-mail: rsalazar@fowlerwhite.com.


s/ Cody Fowler Davis

_____

CODY FOWLER DAVIS
Florida Bar No. 437700
CHRISTOPHER T. ABRUNZO
Florida Bar No. 0014909
Attorneys for Plaintiff, Clarity Services, Inc.
Davis & Harmon, P.A.
110 North 11th Street, Second Floor
Tampa, Florida 33602
(813) 222-3600 – Telephone
(813) 222-3616 – Facsimile
E-Mail: cfd@davis-harmon.com
Email: ca@davis-harmon.com