```
                  UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF FLORIDA
                        TAMPA DIVISION
```

**CLARITY SERVICES, INC.,**

    **Plaintiff,**

**v.**                                   **Case No. 8:08-cv-2278-T-23TBM**

**DEAN BARNEY,**

    **Defendant.**
_____/

## MEDIATION REPORT

In accordance with the Court's mediation order, a mediation conference was held on April 27, 2009. Plaintiff's corporate representative and trial counsel and Defendant Mr. Barney and his trial counsel attended and participated. Each representative possessed the requisite settlement authority.

    <u>The mediation is adjourned to be continued at a later time.</u>

    Done April 27, 2009 in Tampa, Florida.

                                     Respectfully submitted,

                                     <u>/s/ Peter J. Grilli</u>
                                     Peter J. Grilli, Esq.
                                     Florida Bar No. 237851
                                     Mediator
                                     3001 West Azeele Street
                                     Tampa, Florida 33609
                                     813.874.1002   Fax: 813.874.1131
                                     email: meditr@aol.com

    I HEREBY CERTIFY that April 27, 2009 I electronically filed the foregoing document with the United States District Court, 801 North Florida Avenue, Tampa, Florida 33602 which will electronically send copies to:

| | |
|---|---|
| Ryan D. Barack, Esquire | Cody Fowler Davis, Esquire |
| | Christopher T. Abrunzo, Esq. |

                                                  /s/ Peter J. Grilli
                                                  Peter J. Grilli, Esq.