**Date:** 09:27 AM MDT, 04/15/2008
**From:** "Dean Barney" <dean.barney@usa.net>
**To:** <tim@rushlake.net>
**Subject:** Reference Request

Tim,

Hope all is well with you.  You may or may not have heard that I have resigned from CLVerify effective last Friday, April 11.  The purpose of this email is to request that you would answer any reference inquiries on my behalf as I pursue other opportunities.

Thanks,
Dean Barney
801-502-4246

EXHIBIT
1