Clarity Services, LLC
May 5, 2008

Dean Barney

Dear Dean:

We are pleased to offer you a job as Director of Analytics, with your beginning date of May 5, 2008. We trust that your knowledge, skills and experience will be among our most valuable assets.

Should you accept this job offer, per company policy you'll be eligible to receive the following beginning on your hire date.

- **Salary:** Annual gross starting salary of $200,000.00, paid in a monthly payment by your choice of check or direct deposit
- **Benefits:** Until standard benefits are provided, you will receive a monthly supplement of $~~250.~~ 8500 (as per Tim)
  - Sick leave
  - Vacation and personal days

This employment offer is effective for ten (10) days from the date of this letter. The terms of this offer letter are, of course, to be considered strictly confidential and are not to be discussed with others.

We are sincerely eager for you to join our staff and look forward to your acceptance of our offer. Your acceptance can be acknowledged by signing the enclosed copies of this letter and returning the original. Please keep a copy of your records.

Sincerely,

Tim Ranney
Chief Executive Officer

**Accept Job Offer**
By signing and dating this letter below, I, Dean Barney accept the job offer of Director of Analytics.

Signature: _____  Date: 5/15/2008

EXHIBIT 2