**Lorraine Ansley**

| | |
|---|---|
| From: | Dean Barney [dbarney@clarityservices.com] |
| Sent: | Wednesday, September 03, 2008 10:30 AM |
| To: | Lorraine Ansley |
| Subject: | RE: Time sheets |

Understood

-----Original Message-----
From: Lori Ansley <lansley@clarityservices.com>
Sent: Wednesday, September 03, 2008 8:01 AM
To: Dean Barney <dbarney@clarityservices.com>
Subject: Re: Time sheets

I will let him know.  Just doing my job in regards to HR.  Tim is holding all of us accountable for our time and leave and me to document.

On Wed, Sep 3, 2008 at 9:51 AM, Dean Barney <dbarney@clarityservices.com>wrote:

> not that i am aware of...i traced back thru my calendar...please have
> tim discuss directly with me if he is concerned...thanks.
>
> On Wed, Sep 3, 2008 at 7:50 AM, Lori Ansley
> <lansley@clarityservices.com>
> wrote:
> > Okay, just so I'm clear when I talk to Tim.  You have not taken any
> > personnel days since June 1.
> >
> > On Wed, Sep 3, 2008 at 9:03 AM, Dean Barney
> > <dbarney@clarityservices.com
> >
> > wrote:
> >>
> >> nope
> >>
> >> On Wed, Sep 3, 2008 at 6:48 AM, Lori Ansley <
> lansley@clarityservices.com>
> >> wrote:
> >> > Good Morning, Tim asked me to pull time sheets and list vacation used.
> >> >  I
> >> > did not show any for you.  He recalled you took a vacation in June?
>    Can
> >> > you
> >> > look back and give me the dates please.  Thanks Dean.
> >> >
> >> > On Tue, Sep 2, 2008 at 4:18 PM, Dean Barney
> >> > <dbarney@clarityservices.com>
> >> > wrote:
> >> >>
> >> >> sorry about that...
> >> >>
> >> >> On Tue, Sep 2, 2008 at 1:40 PM, Lori Ansley
> >> >> <lansley@clarityservices.com>
> >> >> wrote:

EXHIBIT 3

1

```
> >> >> > Please send in your Aug time sheets
> >> >> >
> >> >> > --
> >> >> > Lorraine Ansley
> >> >> > Controller
> >> >> > Clarity Services, Inc.
> >> >> > 727-489-7666
> >> >> >
> >> >
> >> >
> >> >
> >> > --
> >> > Lorraine Ansley
> >> > Controller
> >> > Clarity Services, Inc.
> >> > 727-489-7666
> >> >
> >
> >
> >
> > --
> > Lorraine Ansley
> > Controller
> > Clarity Services, Inc.
> > 727-489-7666
> >
>
```

--

Lorraine Ansley
Controller
Clarity Services, Inc.
727-489-7666