## Aug-08

Name: Dean

| Date | Day | Hours worked | Vacation used | Sick used | Holiday | Total |
|---|---|---|---|---|---|---|
| 1-Aug | Friday | 8 | | | | |
| 2-Aug | Saturday | | | | | 0 |
| 3-Aug | Sunday | | | | | 0 |
| 4-Aug | Monday | 8 | | | | 8 |
| 5-Aug | Tuesday | 8 | | | | 8 |
| 6-Aug | Wednesday | 8 | | | | 8 |
| 7-Aug | Thursday | 8 | | | | 8 |
| 8-Aug | Friday | 8 | | | | 8 |
| 9-Aug | Saturday | | | | | 0 |
| 10-Aug | Sunday | | | | | 0 |
| 11-Aug | Monday | 8 | | | | 8 |
| 12-Aug | Tuesday | 8 | | | | 8 |
| 13-Aug | Wednesday | 8 | | | | 8 |
| 14-Aug | Thursday | 8 | | | | 8 |
| 15-Aug | Friday | 8 | | | | 8 |
| 16-Aug | Saturday | | | | | 0 |
| 17-Aug | Sunday | | | | | 0 |
| 18-Aug | Monday | 8 | | | | 8 |
| 19-Aug | Tuesday | 8 | | | | 8 |
| 20-Aug | Wednesday | 8 | | | | 8 |
| 21-Aug | Thursday | 8 | | | | 8 |
| 22-Aug | Friday | 8 | | | | 8 |
| 23-Aug | Saturday | | | | | 0 |
| 24-Aug | Sunday | | | | | 0 |
| 25-Aug | Monday | 8 | | | | 8 |
| 26-Aug | Tuesday | 8 | | | | 8 |
| 27-Aug | Wednesday | 8 | | | | 8 |
| 28-Aug | Thursday | 8 | | | | 8 |
| 29-Aug | Friday | 8 | | | | 8 |
| 30-Aug | Saturday | | | | | 0 |
| 31-Aug | Sunday | | | | | 0 |
| Totals | | 168 | 0 | 0 | 0 | 160 |
| PTO Earned | | | 6.67 | 4 | | |
| PTO Prior Balance | | | 20.01 | 12 | | |
| PTO Balance | | | 26.68 | 16 | | |

Time Sheets must be sent to lansley@clarityservices.com on the last day of the month, if you do not submit a time sheet your pay can be withheld.



EXHIBIT 4

Jul-08

Name    DEAN BARNEY

| Date | Day | Hours worked | Vacation used | Sick used | Holiday | Total |
|---|---|---|---|---|---|---|
| 1-Jul | Tuesday | 8 | | | | 8 |
| 2-Jul | Wednesday | 8 | | | | 8 |
| 3-Jul | Thursday | 8 | | | | 8 |
| 4-Jul | Friday | | | | 8 | 8 |
| 5-Jul | Saturday | | | | | 0 |
| 6-Jul | Sunday | | | | | 0 |
| 7-Jul | Monday | 8 | | | | 8 |
| 8-Jul | Tuesday | 8 | | | | 8 |
| 9-Jul | Wednesday | 8 | | | | 8 |
| 10-Jul | Thursday | 8 | | | | 8 |
| 11-Jul | Friday | 8 | | | | 8 |
| 12-Jul | Saturday | | | | | 0 |
| 13-Jul | Sunday | | | | | 0 |
| 14-Jul | Monday | 8 | | | | 8 |
| 15-Jul | Tuesday | 8 | | | | 8 |
| 16-Jul | Wednesday | 8 | | | | 8 |
| 17-Jul | Thursday | 8 | | | | 8 |
| 18-Jul | Friday | 8 | | | | 8 |
| 19-Jul | Saturday | | | | | 0 |
| 20-Jul | Sunday | | | | | 0 |
| 21-Jul | Monday | 8 | | | | 8 |
| 22-Jul | Tuesday | 8 | | | | 8 |
| 23-Jul | Wednesday | 8 | | | | 8 |
| 24-Jul | Thursday | 8 | | | | 8 |
| 25-Jul | Friday | 8 | | | | 8 |
| 26-Jul | Saturday | | | | | 0 |
| 27-Jul | Sunday | | | | | 0 |
| 28-Jul | Monday | 8 | | | | 8 |
| 29-Jul | Tuesday | 8 | | | | 8 |
| 30-Jul | Wednesday | 8 | | | | 8 |
| Totals | | 168 | 0 | 0 | 8 | 176 |
| PTO Earned July | | | 6.67 | 4 | | |
| PTO Prior Balance | | | 13.34 | 8 | | |
| PTO Balance | | | 20.01 | 12 | | |

Time Sheets must be sent to lansley@clarityservices.com on the last day of the month, if you do not submit a time sheet your pay can be withheld.