>
------ Original Message ------
Received: Fri, 03 Oct 2008 12:10:12 PM MDT
From: "Tim Ranney" <tranney@clarityservices.com>
To: "Dean Barney" <dean.barney@usa.net>Cc: <neffwk5@comcast.net>
Subject: Fw: Test Agreement

Dean;

This email was sent to you at your Clarity email address and I was copied.

In case you didn't receive the email to your Clarity address, I wanted to make sure to forward it to you.

Tim

----- Original Message -----
From: Petri, Jakub
To: Dean Barney
Cc: Tim Ranney ; Jennifer Haney
Sent: Friday, October 03, 2008 1:58 PM
Subject: Test Agreement


Dean;


I just heard that you are no longer part of Clarity Services Inc. I am very disappointed that you did not mention it to me today during our call and that you left me a message to make sure that I send you the result file today.


Please let me know why you would need additional results from Certegy if you are no longer with Clarity Services.


As part of the Test Agreement we reserve the right to do a full Audit to make sure that none of the results that we send to you remain or were copied to any of the equipment (laptop, PC, external storage device), which doesn't belong to Clarity Services. We are currently investigating if we will need to exercise this right. We will let you know once we make a decision.


Sincerely;



Jakub Petri

Sr. Director of Research & Development

Fidelity National Information Services

Certegy Division

Ph#:   727-227-8500

Cell#: 727-735-7454

Fax#:  727-227-8513

100 2nd Ave South

Suite 1100S NT-01

Saint Petersburg FL, 33701

EXHIBIT 5