UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLARITY SERVICES, INC.,

     Plaintiff,

v.                             CASE NO.:  8:08-CV-02278-T-23TBM

DEAN BARNEY,

     Defendant.

_____/

## PLAINTIFF'S STATEMENT OF THE NATURE OF THE ACTION

The Plaintiff, Clarity Services, Inc., through undersigned counsel and pursuant to this Court's Case Management and Scheduling Order 6(b)(1), file Plaintiff's Statement of the Nature of the Action.  The parties have conferred and attempted to agree on a joint statement, but were unable to agree.  Accordingly, Plaintiff hereby files Plaintiff's Statement of the Nature of the Action.

Plaintiff Clarity Services Inc. ("Clarity") filed a four-count complaint against Defendant Dean Barney ("Barney") based upon events occurring between April and October 2008.  Count I alleges a claim for damages as provided by the Computer Fraud and Abuse Act, 18 U.S.C. § 1030(g).  Count II seeks damages from Barney for breach of employee duty of loyalty.  Count III is a claim for conversion of confidential and proprietary information from Clarity's computer system.  Count IV seeks damages for Barney's alleged fraudulent misrepresentations in obtaining employment at Clarity.

In May 2008, Timothy Ranney was the Chief Executive Officer of a venture that later came to be named Clarity Services Inc. (Plaintiff).  Defendant Barney was employed by another

company, CL Verify, beginning in July 2007, through the period in question.  Barney served as,

and held the title of "Director of Analytics" at CL Verify.  On May 15, 2008, Ranney hired

Barney to work as the full-time "Director of Analytics" for Clarity.  At the same time, Barney

continued working for his other employer, CL Verify.  Ranney ultimately learned that Barney

never stopped working as an employee of CL Verify.  At the beginning of September 2008, after

4 months of employment with Clarity, Barney traveled from his home office in Utah to

Kennesaw, Georgia to participate in a CL Verify sales meeting.  Upon learning of Barney's

involvement in this meeting, Ranney confronted Barney.  Barney resigned from Clarity on

September 30, 2008.

On October 3, 2008, subsequent to Barney's resignation from Clarity, Barney accessed

information on Clarity's server and ultimately erased all data from his Clarity-issued laptop prior

to returning it to Clarity.  Clarity claims to have suffered damage as a result of Barney's actions.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 27, 2010, I electronically filed the foregoing with

the Clerk of the Court, Middle District of Florida, by using the CM/ECF system which will send

a notice of electronic filing to the following:  Ryan D. Barack, Esquire, Kwall, Showers &

Barack, P.A., e-mail: rbarack@ksblaw.com.

s/ Cody Fowler Davis

_____

CODY FOWLER DAVIS
Florida Bar No. 437700
CHRISTOPHER T. ABRUNZO
Florida Bar No. 0014909

Attorneys for Plaintiff, Clarity Services, Inc.
Davis & Harmon, P.A.
110 North 11th Street, Second Floor
Tampa, Florida  33602
(813)  222-3600 – Telephone
(813)  222-3616 – Facsimile
E-Mail:  cfd@davis-harmon.com
E-Mail:  ca@davis-harmon.com