UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLARITY SERVICES, INC.**

    Plaintiff,

vs.                      CASE NO.:  8:08-cv-02278-SDM-TBM

**DEAN BARNEY,**

    Defendant.

_____/

**DEFENDANT'S STATEMENT OF THE CASE**

Defendant Dean Barney submits the following proposed statement of the case:

Plaintiff Clarity Services Inc. ("Clarity") has brought a four-count complaint against Defendant Dean Barney ("Barney"). Barney denies all of Clarity's allegations.

Prior to April 2008, Barney and Timothy Ranney ("Ranney") worked at a company called CL Verify, LLC. Ranney then left CL Verify and engaged in actions which represented a breach of his employment contract with CL Verify.

On or about April 2008, Ranney was the Chief Executive Officer of a company that came to be known as Clarity. On or about May 15, 2008, Ranney hired Barney to work for Clarity. Barney continued to provide services to CL Verify for the period that he was also employed by Clarity. Ranney and Clarity were aware of Barney's continued involvement with CL Verify during his employment with Clarity. Clarity and CL Verify were not competitors.

On or about September 30, 2008, Barney informed Ranney that he was going to resign from Clarity, but no date was set for the end of his employment. On or about October 3, 2008, using Clarity's laptop, Barney accessed an email on the Gmail server under Clarity's business

email which he had authority to do. Barney restored the Clarity-issued laptop prior to returning it to Clarity.

Clarity claims to have suffered damage as a result of Barney's actions. Barney denies that Clarity suffered any damages.

Respectfully submitted,

/s/ Ryan D. Barack
Ryan D. Barack
Florida Bar No. 0148430
rbarack@ksblaw.com
Kwall, Showers & Barack, P.A.
133 North Fort Harrison Avenue
Clearwater, Florida 33755
(727) 441-4947
(727) 447-3158 Fax
Attorneys for Plaintiff

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has been furnished via the CM/ECF system this 29th day of January 2010 to:

Cody Fowler David
cfd@davis-harmon.com
Christopher T. Abrunzo
ca@davis-harmon.com
Davis & Harmon, P.A.
110 North 11th Street, 2nd Floor
Tampa, FL 33602
813-222-3600
813-222-3616 FAX

/s/ Ryan D. Barack
**Attorney**